435 A.2d 932

Larkin v. W. Chestnut Realty Corp., Appellant.

Argued May 28, 1981. Joseph L. Carney, for appellant; Stephen S. Smith, for appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

Final decree of the Court of Common Pleas of Delaware County affirmed.